# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTERN MOBILE GLASS, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01392-NONE-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>FORTY-FIVE DAY DEADLINE |

Plaintiff filed this action on September 30, 2020. (ECF No. 1.) On December 9, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action, and requesting forty-five (45) days to file dispositional documents. (ECF No. 9.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within forty-five (45) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **December 10, 2020**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1